**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TERRY DESJARLAIS, JR.,**

      **Plaintiff,**

-vs-                                                       Case No. 6:10-cv-1120-Orl-31DAB

**STATE OF FLORIDA,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2), filed July 27, 2010.

On July 29, 2010, the United States Magistrate Judge issued a report (Doc. No. 3) recommending that the application be denied and the case be dismissed. On August 16, 2010, Plaintiff filed a document which has been construed as an objection to the Report and Recommendation (Doc. No. 7). Upon consideration thereof, it is **ORDERED** that:

1. The Objection is overruled and the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Application to Proceed Without Prepayment of Fees is DENIED and this case is DISMISSED without prejudice. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 17th day of August, 2010.

                                                         GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party