# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TERRY DESJARLAIS, JR.,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1120-Orl-31DAB**

**STATE OF FLORIDA,**

       **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 11)**
>
> **FILED:** February 23, 2011
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Upon the filing of an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.*

Here, On August 17, 2010, the District Court dismissed Plaintiff's claim, without prejudice (Doc. No. 9). Assuming this was an appealable Order, Plaintiff failed to file any notice of appeal. To the extent the paper filed with the Eleventh Circuit Court of Appeals on January 27, 2011 and filed in this Court on February 23, 2011 (Doc. No. 10) could be liberally construed as a notice of appeal, it is untimely. As such, it is therefore **respectfully recommended** that the Court **certify** that the "appeal" is not taken in good faith. If the Court so certifies in writing, the application should be denied pursuant to 28 U.S.C. § 1915(a)(3).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 24, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties