# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TERRY DESJARLAIS, JR.,**

       **Plaintiff,**

-vs-                                              Case No. 6:10-cv-1120-Orl-31DAB

**STATE OF FLORIDA,**

       **Defendant.**

## ORDER

This cause comes before the Court on Motion for Leave to Appeal in forma pauperis (Doc. No. 11) filed February 23, 2011.

On February 24, 2011, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the Court certify that the appeal is not taken in good faith and that the motion be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Leave to Appeal in forma pauperis is DENIED.

3. The Court finds and CERTIFIES that the appeal is not taken in good faith.

4. The Clerk of Court is directed to serve a certified copy of this ruling on the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 14th day of March, 2011.

                                                           GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party